## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA FOR THE
USE AND BENEFIT OF JOHN W. HARRIS
d/b/a SHAUNDO CONSTRUCTION
SERVICES,

               Plaintiff,

vs.

UNITED STATES FIDELITY AND
GUARANTEE AS BONDHOLDER FOR  M-
V INDUSTRIES, INC.,

               Defendant.

Civ. No. 05-0044 MV/ACT

### MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on Defendant's Motion for Dismissal for Failure

to Join Indispensible Party, filed March 4, 2005, **[Doc. No. 3]**, and Defendant's Motion for a

Hearing on its Motion for Dismissal for Failure to Join Indispensible Party, filed March 4, 2005,

**[Doc. No. 2]**.  Defendant's motion requests that the Court dismiss this case for failure to join an

indispensible party--M-V Industries, Inc.--pursuant to Fed. R. Civ. P. 19.   Plaintiff subsequently

filed an Amended Complaint adding M-V Industries, Inc., as a defendant.  *See* Amended Complaint,

filed June 20, 2005, [Doc. No. 12].

**IT IS THEREFORE ORDERED** that Defendant's Motion for Dismissal for Failure to

Join Indispensible Party, filed March 4, 2005, **[Doc. No. 3]**, and Defendant's Motion for a

Hearing on its Motion for Dismissal for Failure to Join Indispensible Party, filed March 4, 2005,

**[Doc. No. 2]**, are **DENIED as moot**.

Dated this 19th day of July, 2005.

_____
MARTHA VAZQUEZ
U. S. DISTRICT COURT JUDGE